**Mail body: Fw: Christie**

Sent from Yahoo Mail on Android

On Fri, Dec 23, 2016 at 10:37 AM, David Nixon
<nixondavid71a@yahoo.com> wrote:

Show original message
On Thursday, December 15, 2016 12:41 PM, David Nixon <nixondavid71a@yahoo.com> wrote:

On Thursday, December 15, 2016 12:31 PM, David Nixon <nixondavid71a@yahoo.com> wrote:

On Thursday, December 15, 2016 7:08 AM, David Nixon <nixondavid71a@yahoo.com> wrote:

Christie, brought up on charges on his involvement in the bridge gate scandal.
Needs to answer for Sandy victims funds that were not allocated properly.
Using Charitable organization funds for his own personal use. Such as purchasing a Tim Tebow helmet.
Violated election laws by emailing foreign officials to solicit political contributions.

RECEIVED

DEC 2 3 2016

AT 8:30_____M
WILLIAM T. WALSH
CLERK

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

Queen Chief Harriet Nixon

_(In the space above enter the full name(s) of the plaintiff(s).)_

- against -

Chris Christie

**COMPLAINT**

Jury Trial: ☐ Yes ☐ No

(check one)

RECEIVED

DEC 23 2016

AT 8:30_____M
WILLIAM T. WALSH
CLERK

_(In the space above enter the full name(s) of the defendant(s). If you_
_cannot fit the names of all of the defendants in the space provided,_
_please write "see attached" in the space above and attach an_
_additional sheet of paper with the full list of names. The names_
_listed in the above caption must be identical to those contained in_
_Part I. Addresses should not be included here.)_

**I.    Parties in this complaint:**

A.    List your name, address and telephone number.  Do the same for any additional   plaintiffs named.  Attach
additional sheets of paper as necessary.

Plaintiff    Name            Queen Chief HARRIET NIXON
             Street Address  2260 Hillcrest Ave
             County, City    Mercer, Trenton
             State & Zip Code  N.J. 08618
             Telephone Number  609 743-9222

B.  List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1

Name _Chris Christie_____

Street Address _____

County, City _Mercer, Trenton_____

State & Zip Code _NJ -_____

Defendant No. 2

Name _____

Street Address _____

County, City _____

State & Zip Code _____

Defendant No. 3

Name _____

Street Address _____

County, City _____

State & Zip Code _____

Defendant No. 4

Name _____

Street Address _____

County, City _____

State & Zip Code _____

## II.  Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case   involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C.  §   1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A.   What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal Questions          [ ] Diversity of Citizenship

[ ] U.S. Government Plaintiff   [ ] U.S. Government Defendant

B.   If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _____

_____

_____

C.   If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _Queen Chief Harriet Nixon N.J._

Defendant(s) state(s) of citizenship _____

## III.   Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   Where did the events giving rise to your claim(s) occur? _____

_____

B.   What date and approximate time did the events giving rise to your claim(s) occur? _____

_____

_____

| What happened to you? |
| Who did what? |
| Was anyone else involved? |
| ho else w what ppened? |

C.   Facts: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

- 3 -

**IV.    Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**V.    Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 15 day of Dec , 20 16 .

Signature of Plaintiff Queen Chief Hamit Nyne

Mailing Address 360 Hillcrest WE

Trenton N.J. 08618

Telephone Number (009 743- 9222

Fax Number *(if you have one)* _____

E-mail Address hacciet Nixon 25 @ gmail.com

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff: Hamit Nyne